# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VAN TUBBS, #06762-027, | : |
| Petitioner, | : |
| vs. | :     Civil Action 17-0370-KD-MU |
| WARDEN JENNIFER SAAD, | : |
| Respondent. | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 4, 2018 is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the United States District Court for the Northern District of West Virginia.

**DONE** this 26th day January 2018.

 

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE